In re: Carl C. HENDRICKS,
Jr., Debtor.

Carl C. Hendricks, Jr., Plaintiff—
Appellant,

v.

Carolyn Bair, Defendant—Appellee,

and

Kevin Campbell, Trustee.

In re:  Carl C. Hendricks, Jr., Debtor.

Carl C. Hendricks, Jr., Plaintiff-
Appellant,

v.

Carolyn Bair, Defendant-Appellee,

and

Kevin Campbell, Trustee.

Nos. 01–2006, 02–2298.

United States Court of Appeals,
Fourth Circuit.

Submitted March 26, 2004.

Decided May 12, 2004.

Carl C. Hendricks, Jr., Appellant pro se. Robert E. Austin, Jr., Robert E. Austin, Jr., P.A., Leesburg, Florida; Michael Conrady, Campbell Law Firm, Mount Pleasant, South Carolina, for Appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

In No. 01–2006, Carl C. Hendricks, Jr., appeals from the district court's order which dismissed as untimely his appeal from the bankruptcy court's consent order entered May 12, 2002, and denied his motion to conduct further discovery during the pendency of his appeal. In No. 02–2298, Hendricks appeals from the magis-

trate judge's order enforcing a settlement entered into between the parties in open court.* We have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court and magistrate judge. *Hendricks v. Bair,* Nos. CA–00–3135–2–18; BK–99–80230 (D.S.C. July 31, 2002; Oct. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Amy R. Mounts Varney * appeals the district court's order adopting the recommendation of the magistrate judge to uphold the Commissioner's denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Varney v. Barnhart,* No. CA–02–134 (S.D.W. Va. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).